McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone:  (559) 498-7272
Attorneys for Respondents

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> J. ENCARNACION OROPEZA, ) <br> ) <br> Defendant ) <br> _____ ) | No. 01:05 CR 00382 AWI <br><br> **STIPULATION RE: MOTION FOR CONTINUANCE AND ORDER** |

**STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **January 9, 2006, at 9:00,** be vacated and rescheduled to **March 20, 2006, at 9:00.**  The parties also stipulate that the plaintiff's reply to motions filed by the defendant which is currently scheduled for **January 3, 2006**, be rescheduled to **February 24, 2006.**  The defendant may file an optional reply brief by **March 10, 2006**.

Finally, the parties also stipulate that time will be excluded until the next hearing on **March 20,**

///

///

///

///

///

1

**2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Richard O. Middlebrook |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Richard O. MIddlebrook |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | J. ENCARNACION OROPEZA |
| Attorney for the Plaintiff | |
| | |
| Date : December 22, 2005 | Date : December 22, 2005 |

IT IS SO ORDERED.

**Dated:   December 23, 2005**           **/s/ Anthony W. Ishii**
0m8i78                             UNITED STATES DISTRICT JUDGE