McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
1130 "O" Street, Room 3654
Fresno, California  93721
Telephone: (559) 498-7272
Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01:05 CR 00382 AWI |
| | ) | |
| J. ENCARNACION OROPEZA | ) | **STIPULATION RE: MOTION FOR** |
| | ) | **CONTINUANCE AND** |
| Defendant | ) | **ORDER** |
| | ) | |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **March 20, 2006, at 9:00,** be vacated and rescheduled to **May 1, 2006, at 9:00.**  The parties also stipulate that the plaintiff's reply to motions filed by the defendant which is currently scheduled for **February 24, 2006**, be rescheduled to **April 17, 2006.**  The defendant may file an optional reply brief by **April 24, 2006.**

Finally, the parties also stipulate that time will be excluded until the next hearing on **May 1, 2006,**

///

///

///

///

///

1

**2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Richard O. Middlebrook |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Richard O. MIddlebrook |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | J. ENCARNACION OROPEZA |
| Attorney for the Plaintiff | |
| | |
| Date : December 22, 2005 | Date : December 22, 2005 |

**ORDER**

IT IS SO ORDERED.

**Dated:   February 28, 2006**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2