McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 01:05 CR 00382 AWI |
| vs. ) | |
| ) | STIPULATION RE: |
| J. ENCARNACAION OROPEZA ) | CONTINUANCE AND |
| ) | ORDER |
| Defendant ) | |

## STIPULATION

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **May 1, 2006, at 9:00,** be vacated and rescheduled to **June 5, 2006, at 9:00.** The parties also stipulate that the plaintiff's reply to motions filed by the defendant which is currently scheduled for **April 17, 2006**, be rescheduled to **May 17, 2006.** The defendant may file an optional reply brief by **May 30, 2006**.

Finally, the parties also stipulate that time will be excluded until the next hearing on **June 5,**

///

///

///

///

///

1

**2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

/s/ Marianne A. Pansa                                         /s/ Richard O. Middlebrook
McGREGOR W. SCOTT                                    (Consent given to sign)
United States Attorney                                        Richard O. MIddlebrook
by: MARIANNE A. PANSA                              Attorney for the Defendant
Assistant United States Attorney                      MARIA OROPEZA
Attorney for the Plaintiff


Date :  April 27, 2006                                          Date : April 27, 2006


**ORDER**


IT IS SO ORDERED.

**Dated:   April 28, 2006**                                  /s/ Anthony W. Ishii
0m8i78                                                                     UNITED STATES DISTRICT JUDGE

2