McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J. ENCARNACAION OROPEZA )<br>)<br>Defendant )<br>_____ ) | No. 01:05 CR 00382 AWI<br><br>**STIPULATION RE: MOTION FOR CONTINUANCE AND PROPOSED ORDER** |

**STIPULATION**

    It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the hearing on the motions currently set for **June 5, 2006, at 9:00,** be vacated and rescheduled to **July 3, 2006 at 9:00.**

///

///

///

///

///

///

///

///

///

1

1  The parties are in the process of finalizing plea negotiations and agree that time will be excluded

2  from this date until **July 3, 2006,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and

3  18 USC § 3161(h)(8)(B)(iv).

                                            Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Richard O. Middlebrook |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Richard O. MIddlebrook |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | MARIA OROPEZA |
| Attorney for the Plaintiff | |
| | |
| Date :  May 31, 2006 | Date : May 31, 2006 |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 31, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE

2